**STATE of Missouri, Respondent,**

v.

**Gregory L. MOOREHEAD, Appellant.**

**No. ED 98160.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 26, 2013.

Rosalynn Koch, Columbia, MO, for appellant.

Chris Koster, Gregory L. Barnes, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Gregory Moorehead (Defendant) appeals the trial court's judgment entered after a

jury convicted him of forcible rape and forcible sodomy.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the motion court is affirmed in accordance with Rule 30.25(b).